# Court of Appeals
# of the State of Georgia

ATLANTA,___June 10, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0379. HUGO LACASIDON v. THE STATE.**

In 1989, Hugo Lacasidon pled guilty to rape, two counts of aggravated assault, armed robbery, burglary, aggravated sodomy, and two counts of kidnaping. In 2014, Lacasidon filed a pro se application for an order to vacate the guilty plea transcript as the official record in his case. The trial court denied this application on April 17, 2014. On May 23, 2014, Lacasidon filed this application for discretionary appeal and a request for an extension of time to file an application for discretionary appeal. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). While this Court is authorized to grant an extension of time for the filing of an application for discretionary appeal, requests for extensions must be filed "on or before the due date of the discretionary application." Court of Appeals Rule 31 (g). Otherwise, this Court lacks the authority to grant the request. See *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011); OCGA § 5-6-39 (d).

Because Lacasidon did not file a request for an extension of time within 30 days of entry of the order denying his application to vacate the guilty plea transcript as the official record in his case, no out-of-time application is permitted. Accordingly, this application is DISMISSED for lack of jurisdiction. Lacasidon's request for an extension of time is DENIED as MOOT.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 06/10/2014

       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*

                                 *, Clerk.*